**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

SOFI BANK, N.A., *et al.*,

                *Plaintiffs*,

    v.

MIGUEL CARDONA, in his official
capacity as Secretary, United States
Department of Education, *et al.*,

                *Defendants*.

Civil Action No. 23-CV-599

---

## CERTIFICATE UNDER LCVR 26.1

I, the undersigned, counsel of record for SoFi Bank, N.A. and SoFi Lending Corp., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of SoFi Bank, N.A. and SoFi Lending Corp., which have any outstanding securities in the hands of the public:

1.      SoFi Bank, N.A. is a wholly owned subsidiary of Social Finance, Inc., which is a wholly owned subsidiary of SoFi Technologies, Inc.

2.      SoFi Lending Corp. is wholly owned by Social Finance, Inc., which is a wholly owned subsidiary of SoFi Technologies, Inc.

3.      No individual or entity owns 10% or more of the stock of SoFi Technologies, Inc.

These representations are made in order that Judges of this Court may determine the need for recusal.

Dated:  March 3, 2023

Respectfully submitted,

*/s/ Allon Kedem*
Allon Kedem (D.C. Bar No. 1009039)
*Attorney of Record*
Andrew T. Tutt (D.C. Bar No. 1026916)
ARNOLD & PORTER
   KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-5000
allon.kedem@arnoldporter.com
andrew.tutt@arnoldporter.com

*Counsel for Plaintiffs*