# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Sofi Bank, N.A.,, et al.

Plaintiff(s)

Case No.: 1:23-cv-00599-TSC

vs.

Miguel Cardona, in his official capacity as Secretary, United States Department of Education, et al.

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Justin Cohen, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial before a United States Magistrate Judge; and Complaint for Declaratory and Injunctive Relief in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 03/09/2023 at 2:07 PM, I served Civil Process Clerk c/o U.S. Attorney's Office for D.C. with the Summons; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial before a United States Magistrate Judge; and Complaint for Declaratory and Injunctive Relief at 601 D Street, NW, Washington, DC 20001 by serving Shadae Beaver, Agent, authorized to accept service on behalf of the United States Attorney for the District of Columbia.

Shadae Beaver is described herein as:

Gender: Female   Race/Skin: Black   Age: 30   Weight: 160   Height: 5'9"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true and correct.

3/13/23
Executed On

Justin Cohen

Client Ref Number: N/A
Job #: 1615551

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

Case 1:23-cv-00599-TSC   Document 6   Filed 03/15/23   Page 2 of 2
Case 1:23-cv-00599-TSC   Document 5   Filed 03/09/23   Page 3 of 4

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| SOFI BANK, N.A., et al. <br><br> *Plaintiff(s)* <br> v. <br> MIGUEL CARDONA, IN HIS OFFICIAL CAPACITY AS SECRETARY, UNITED STATES DEPARTMENT OF EDUCATION, et al. <br><br> *Defendant(s)* | Civil Action No. 23-CV-599 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D St. NW
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Allon Kedem
Andrew T. Tutt
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave. NW
Washington, D.C. 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 03/09/2023

/s/ Jiselle Manohar
*Signature of Clerk or Deputy Clerk*