# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Sofi Bank, N.A.,, et al.

Plaintiff(s)

Case No.: 1:23-cv-00599-TSC

vs.

Miguel Cardona, in his official capacity as Secretary, United States Department of Education, et al.

Defendant(s)

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Stephanie Maddox, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial before a United States Magistrate Judge; and Complaint for Declaratory and Injunctive Relief

SERVE TO: Attorney General Merrick Garland

SERVICE ADDRESS: U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to Attorney General Merrick Garland, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 03/09/2023 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7022 3330 0002 2911 1365.

I declare under penalty of perjury that this information is true.

03/09/23
Executed On



Stephanie Maddox

Client Ref Number: N/A
Job #: 1615549

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| SOFI BANK, N.A., et al. <br><br> *Plaintiff(s)* <br> v. <br><br> MIGUEL CARDONA, IN HIS OFFICIAL CAPACITY AS SECRETARY, UNITED STATES DEPARTMENT OF EDUCATION, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 23-CV-599 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Attorney General Merrick B. Garland
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Allon Kedem
Andrew T. Tutt
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave. NW
Washington, D.C. 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:    03/09/2023            /s/ Jiselle Manohar
*Signature of Clerk or Deputy Clerk*