IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOFI BANK, N.A., *et al.*,<br><br>   *Plaintiffs*,<br><br> v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary, United States Department of Education, *et al.*,<br><br>   *Defendants*. | Civil Action No. 23-cv-599 |

**JOINT MOTION TO SET BRIEFING SCHEDULE**

  Plaintiffs SoFi Bank, N.A. and SoFi Lending Corp. and Defendants Miguel Cardona, in his official capacity as Secretary of the United States Department of Education, and the United States Department of Education request that the Court set the following briefing schedule to govern proceedings in this matter. In support of this Motion, the parties state as follows:

  1. Plaintiffs filed this action on March 3, 2023. As more fully described in the Complaint, this action challenges the Department of Education's eighth extension of the administrative pause on loan repayment and interest accrual for federal student loan borrowers whose loans are held by the Department of Education or who have defaulted loans under the Federal Family Education Loan program held by a guaranty agency.

  2. The parties have conferred and request entry of the following briefing schedule, which will permit timely briefing on the issues raised in the Complaint and will not prejudice either party. The parties' requested deadlines are as follows:

May 8, 2023: Defendants will serve the administrative record on Plaintiffs and file with the Court a certified list of its contents;

May 15, 2023: Defendants' Motion to Dismiss or, in the alternative, for Summary Judgment;

May 29, 2023: Plaintiffs' combined Cross-Motion for Summary Judgment and Opposition;

June 12, 2023: Defendants' combined Opposition and Reply;

June 26, 2023: Plaintiffs' Reply; and Joint Appendix.

3. The parties agree that they will not request extensions or seek to modify the above briefing schedule without good cause, but reserve their right to seek adjustment of the schedule or other relief (including preliminary injunctive relief) if changed circumstances warrant.

4. A proposed order is enclosed.

Dated: March 16, 2023                        Respectfully submitted,

                                                  /s/ Allon Kedem
Allon Kedem (D.C. Bar No. 1009039)
Andrew T. Tutt (D.C. Bar. No. 1026916)
ARNOLD & PORTER
   KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-5000
allon.kedem@arnoldporter.com
andrew.tutt@arnoldporter.com

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ Kate Talmor
KATE TALMOR (Md. Bar)

R. CHARLIE MERRITT
CODY T. KNAPP
SAMUEL REBO
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 305-5267
kate.talmor@usdoj.gov

*Counsel for Defendants*