IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOFI BANK, N.A., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary, United States Department of Education, *et al.*, <br><br> *Defendants*. | Civil Action No. 23-cv-599 |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion to Set Briefing Schedule, it is hereby ORDERED that the motion is granted.

It is further ORDERED that the following deadlines shall apply in this matter:

May 8, 2023: Defendants will serve the administrative record on Plaintiffs and file with the Court a certified list of its contents;

May 15, 2023: Defendants' Motion to Dismiss or, in the alternative, for Summary Judgment;

May 29, 2023: Plaintiffs' combined Cross-Motion for Summary Judgment and Opposition;

June 12, 2023: Defendants' combined Opposition and Reply;

June 26, 2023: Plaintiffs' Reply; and Joint Appendix.

SO ORDERED, this _____ day of March, 2023.

_____
HON. TANYA S. CHUTKAN
United States District Judge