IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOFI BANK, N.A. and SOFI LENDING Corp., <br>     Plaintiffs, <br><br>     v. <br><br> MIGUEL CARDONA and <br> U.S. DEPARTMENT OF EDUCATION, <br><br>     Defendants. | 1:23-cv-00599-TSC |

**NOTICE OF APPEARANCE**

Kate Talmor, Trial Attorney for the U.S. Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel for Defendants U.S. Department of Education and Miguel Cardona, in his official capacity as Secretary of Education.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Kate Talmor*
KATE TALMOR
Trial Attorney (MD Bar )
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 305-5267
kate.talmor@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing upon the Plaintiffs herein by electronically filing a copy through the Court's CM/ECF system, which will automatically serve a copy to all counsel of record on March 24, 2023.

 *s/ Kate Talmor*
Kate Talmor
Trial Attorney