**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SOFI BANK, N.A. and SOFI LENDING CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION and MIGUEL CARDONA, in his official capacity as Secretary of Education, <br><br> Defendants. | Civil Action No. 23-CV-599 |

**NOTICE OF FILING A CERTIFIED LIST OF THE CONTENTS OF THE**
**ADMINISTRATIVE RECORD**

Pursuant to Local Civil Rule 7(n)(1) and the Court's March 16, 2023 Minute Order, Defendants hereby file a certified list of the contents of the administrative record in the above-captioned case. An index of the administrative record, along with the certification for the administrative record, are attached.

Defendants have served a copy of the entire administrative record on plaintiff by email to:

Allon Kedem
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001

Dated: May 8, 2023

Respectfully submitted,

BRIAN NETTER
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Kate Talmor*
Kate Talmor (Maryland Bar)
R. Charlie Merritt
Cody T. Knapp
Samuel Rebo
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, DC 20005
(202) 305-5267
Kate.Talmor@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SOFI BANK, N.A. and SOFI LENDING CORPORATION, | |
| Plaintiffs, | |
| v. | Civil Action No. 23-CV-599 |
| U.S. DEPARTMENT OF EDUCATION and MIGUEL CARDONA, in his official capacity as Secretary of Education, | |
| Defendants. | |

**Administrative Record Index**

**Secretary Cardona, Extension of the Federal Student Loan Payment
Pause for All Borrowers, Nov. 22, 2022** ........................................................SoFi-000001

Under Secretary Kvaal, Pandemic-Connected Student Loan Payment Pause,
Nov. 22, 2022........................................................................................................SoFi-000003

Conkling & Gibbs, Office of Research Blog: Update on Student Loan
Borrowers During Payment Suspension (Consumer Financial
Protection Bureau: Nov. 2, 2022) ....................................................................SoFi-000009

Sattelmeyer, Trapped by Default (New America: July 22, 2022) ...............................SoFi-000018

Federal Student Aid, U.S. Department of Education, Fiscal Year 2020 Annual
Report (Nov. 16, 2020) ........................................................................................SoFi-000031

Secretary Cardona, Pandemic-Connected General Loan Discharge and
Payment Pause, Aug. 24, 2022 ........................................................................SoFi-000297

Rationale for Pandemic-Connected Loan Discharge Program, Aug. 24, 2022 ............SoFi-000299

Kaufman, New Data Show Student Loan Defaults Spiked in 2019—A
Warning to Industry and DeVos Amid Economic Fallout, Domino: A
Blog About Student Debt (Student Borrower Protection Center: Mar.
13, 2020) .............................................................................................................SoFi-000312

Outcomes of Borrowers Placed in Mandatory Administrative Forbearance
Following Federal Disasters (Aug. 23, 2022)....................................................SoFi-000316

Goss *et al.*, Student Loan Repayment During the Pandemic Forbearance, No.
20220322, Federal Reserve Bank of New York (2022) ...................................SoFi-000326

Blagg, Underwater on Student Debt: Understanding Consumer Credit and
Student Loan Default (Urban Institute: 2018) .................................................SoFi-000335

iii

Conkling *et al.*, Student Loan Borrowers Potentially At-Risk When Payment
    Suspension Ends (Consumer Financial Protection Bureau Office of
    Research: Apr. 2022) ........................................................................SoFi-000380

Saul, College Enrollment Drops, Even as the Pandemic's Effects Ebb, N.Y
    Times, May 26, 2022 ........................................................................SoFi-000401

U.S. Department of Education, Digest of Education Statistics 2021, table
    332.50 (2021)....................................................................................SoFi-000403

Blagg & Blom, Student Debt Repayment Fell During the Great Recession.
    Borrowers from Low-Income Backgrounds Saw the Steepest Decline
    (Urban Institute: 2018).....................................................................SoFi-000405

Rodriguez-Panas, Hitting Where It Hurts Most: COVID-19 and Low-Income
    Urban College Students, 87 Economics of Education Review 102233
    (2022)................................................................................................SoFi-000411

Akana & Ritter, Expectations of Student Loan Repayment, Forbearance, and
    Cancellation: Insights from Recent Survey Data (Federal Reserve of
    Philadelphia: 2022) ..........................................................................SoFi-000429

Federal Reserve Bank of Philadelphia, Consumer Finance Institute COVID-19
    Survey of Consumers (2022) ............................................................SoFi-000446

U.S. Department of Health and Human Services, The Impact of the First Year
    of the COVID-19 Pandemic and Recession on Families with Low
    Incomes (2021) .................................................................................SoFi-000453

Karpman & Zuckerman, Average Decline in Material Hardship During the
    Pandemic Conceals Unequal Circumstances (Urban Institute: 2021)..............SoFi-000465

Friedman, Lifetime Earnings Effects of the COVID-19 Recession for
    Students, Opportunity Insights Economic Tracker (2021) ...............SoFi-000481

Schwandt & von Wachter, Unlucky Cohorts: Estimating the Long-Term
    Effects of Entering the Labor Market in a Recession in Large Cross-
    Sectional Data Sets, 37.S1 Journal of Labor Economics S161 (2019)..............SoFi-000482

Mroz & Savage, The Long-Term Effects of Youth Unemployment, 41.2
    Journal of Human Resources 259 (2006)..........................................SoFi-000520

Kahn, The Long-Term Labor Market Consequences of Graduating from
    College in a Bad Economy, 17.2 Labour Economics 303 (2010) ....................SoFi-000556

Bateman & Ross, The Pandemic Hurt Low-Wage Workers the Most—and So
    Far, the Recovery Has Helped Them the Least (Brookings: 2021)..................SoFi-000570

Adams-Prassl *et al.*, Inequality in the Impact of the Coronavirus Shock:
    Evidence from Real Time Surveys, 189 Journal of Public Economics
    104245 (2020)...................................................................................SoFi-000582

Despard *et al.*, COVID-19 Job and Income Loss Leading to More Hunger and
    Financial Hardship (Brookings: July 13, 2020)................................SoFi-000615

Scott-Clayton, The Looming Student Loan Default Crisis Is Worse than We
Thought, Brookings Institution Evidence Speaks Reports, vol. 2, #34
(2018) ...........................................................................................................SoFi-000623

Looney & Yannelis, A Crisis in Student Loans? How Changes in the
Characteristics of Borrowers and in the Institutions They Attended
Contributed to Rising Loan Defaults, Brookings Papers on Economic
Activity, No. 2 (2015) ..................................................................................SoFi-000633

Chingos, How Forgiveness Could Support the Student Loan Restart (Urban
Institute: 2022) ............................................................................................SoFi-000722

Conkling & Gibbs, Borrower Experiences on Income-Driven Repayment,
Consumer Financial Protection Bureau Office of Research Reports
Series, 19-10 (2019) ....................................................................................SoFi-000728

Greig et al., Income Driven Repayment: Who Needs Student Loan Payment
Relief? (JPMorgan Chase Institute: June 2022)...................................SoFi-000778

Ganong & Noel, Liquidity versus Wealth in Household Debt Obligations:
Evidence from Housing Policy in the Great Recession, 110 American
Economic Review 3100 (2020) ...................................................................SoFi-000796

An et al., Inequality in the Time of COVID-19: Evidence from Mortgage
Delinquency and Forbearance, No. 21-09, Federal Reserve Bank of
Philadelphia (2021)......................................................................................SoFi-000835

Di Maggio et al., Second Chance: Life without Student Debt, No. w25810,
National Bureau of Economic Research (2019) .....................................SoFi-000880

Elliott & Lowitz, What Is the Cost of Poor Credit? (Urban Institute: Sept.
2018) ..............................................................................................................SoFi-000956

Chen et al., Can Employer Credit Checks Create Poverty Traps?, 2013
Meeting Paper, No. 875, Society for Economic Dynamics (2013) .................SoFi-000958

Larsen & Molloy, Differences in Rent Growth by Income 1985–2019 and
Implications for Real Income Inequality, No. 2021-11-05-3, Board of
Governors of the Federal Reserve System (US) (2021) ...................................SoFi-000995

Argente & Lee, Cost of Living Inequality During the Great Recession, 19
Journal of the European Economic Association 913 (2021) .........................SoFi-001008

LaBelle & Santacrue, Global Supply Chain Disruptions and Inflation During
the COVID-19 Pandemic, Federal Reserve Bank of St. Louis Review
(2022)..............................................................................................................SoFi-001049

Ghoshal-Datta et al., Who Benefits from the Student Loan Payment Pause and
What Will Happen When It Ends? (Student Loan Law Initiative/
California Policy Lab: Mar. 2022).................................................................SoFi-001063

Pew Charitable Trusts, Student Loan Research Project Survey on Student
Loan Borrowers 2021: Toplines (June 18–July 28, 2021)...............................SoFi-001073

Pew Charitable Trusts, Student Borrowers Survey: Topline Report (June 30, 2021) ...................................................................................................SoFi-001245

Email from Mike Pierce, Student Borrower Protection Center, to Under Secretary James Kvaal *et al.*, Nov. 21, 2022 ....................................................SoFi-001270

Letter from National Organizations to President Biden, Nov. 21, 2022......................SoFi-001271

Readout of Meeting of Student Debt Relief, Nov. 15, 2022........................................SoFi-001277

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SOFI BANK, N.A. and SOFI LENDING
CORPORATION,

              Plaintiffs,

v.

U.S. DEPARTMENT OF EDUCATION and
MIGUEL CARDONA, in his official capacity
as Secretary of Education,

              Defendants.

Civil Action No. 23-CV-599

**DEFENDANT'S CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Brian P. Siegel, pursuant to the provisions of 20 U.S.C. § 3472 and the authority delegated to me from the Secretary and the General Counsel of the U.S. Department of Education, hereby certify that the attached pages SoFi-000001 through SoFi-001280, as identified on the Administrative Record Index filed with this Certification, constitute true copies of the administrative record underlying the Department of Education's decisions concerning its student loan payment pause issued on November 22, 2022 that have been complained of in this litigation. Documents that are privileged are not part of the administrative record.

Made on this 8th day of May, 2023.

*Brian P. Siegel*

Brian P. Siegel
Assistant General Counsel
Division of Postsecondary Education
Office of the General Counsel
U.S. Department of Education