# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOFI BANK, N.A. and SOFI LENDING CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION and MIGUEL CARDONA, in his official capacity as Secretary of Education,<br><br>Defendants. | Civil Action No. 23-CV-599 |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

Upon consideration of Defendants' motion to dismiss, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**; and

**ORDERED** that Plaintiff's complaint, ECF No. 1, is dismissed, and this case shall be closed.

**SIGNED** and **ORDERED** in Chambers on this ___ day of _____, 2023.

_____
**Hon. Tanya S. Chutkan**
**United States District Judge**