IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOFI BANK, N.A. and SOFI LENDING CORP.,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Civil Action No. 23-CV-599-TSC |

**[PROPOSED] ORDER
GRANTING PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the parties' summary judgment papers and the Administrative Record, the Court **ORDERS** that the cross-motion for summary judgment of Plaintiffs SoFi Bank, N.A. and SoFi Lending Corp. is **GRANTED**.

1. The Court DECLARES that the Eighth Extension of the Loan Moratorium is not in accordance with law, is without observance of procedure required by law, is arbitrary and capricious, and is invalid.

2. The Court DECLARES that the Eighth Extension of the Loan Moratorium is not in accordance with law in its application to borrowers who are not eligible for student-loan forgiveness under the stated terms of the Department of Education's debt-forgiveness plan.

3. The Court VACATES the Eighth Extension of the Loan Moratorium.

4. The Court VACATES the Eighth Extension of the Loan Moratorium as to those borrowers who are not eligible for student-loan forgiveness under the stated terms of the Department of Education's debt-forgiveness plan.

5.      The Court ENJOINS Defendants from enforcing, applying, or implementing the Eighth Extension of the Loan Moratorium.

6.      The Court ENJOINS Defendants from enforcing, applying, or implementing the Eighth Extension of the Loan Moratorium as to those borrowers who are not eligible for student-loan forgiveness under the stated terms of the Department of Education's debt-forgiveness plan.

7.      The Court AWARDS Plaintiffs reasonable attorneys' fees and costs.

**SO ORDERED** this _____ day of _____, 2023.

_____
THE HONORABLE TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE