IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOFI BANK, N.A. and SOFI LENDING CORPORATION,<br><br>              Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF EDUCATION and MIGUEL CARDONA, in his official capacity as Secretary of Education,<br><br>              Defendants. | Civil Action No. 23-CV-599 |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule Of Civil Procedure 41(a)(1)(A)(ii), the parties have met and conferred and agree that, in light of the Fiscal Responsibility Act of 2023 ("the Act"), this matter should be dismissed without prejudice. Specifically, the Act provides that, "[s]ixty days after June 30, 2023, the waivers and modifications described in" the Act, which include "the waivers and modifications of statutory and regulatory provisions relating to an extension of the suspension of payments on certain loans and waivers of interest on such loans under section 3513 of the CARES Act," "shall cease to be effective." *Id.* Sec. 271(a), (c). Pursuant to this provision, interest will begin to accrue and the obligation to make payments will resume for federal student loans beginning sixty days after June 30, 2023. The parties therefore stipulate that the above-captioned action should be and hereby is dismissed without prejudice.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

| | |
|---|---|
| */s/ Kate Talmor* | */s/ Allon Kedem* |
| KATE TALMOR (Md. Bar) | Allon Kedem (D.C. Bar No. 1009039) |
| R. CHARLIE MERRITT | Andrew T. Tutt (D.C. Bar. No. 1026916) |
| CODY T. KNAPP | Arnold & Porter |
| SAMUEL REBO | Kaye Scholer LLP |
| Trial Attorneys | 601 Massachusetts Ave., NW |
| U.S. Department of Justice | Washington, DC 20001-3743 |
| Civil Division, Federal Programs Branch | Tel: (202) 942-5000 |
| 1100 L Street NW | allon.kedem@arnoldporter.com |
| Washington, DC 20005 | andrew.tutt@arnoldporter.com |
| (202) 305-5267 | |
| kate.talmor@usdoj.gov | *Counsel for Plaintiffs* |
| | |
| *Counsel for Defendants* | |